**Order filed December 8, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-20-00258-CV

_____

## KINDER MORGAN PRODUCTION COMPANY, LLC, Appellant

## V.

## SCURRY COUNTY APPRAISAL DISTRICT, Appellee

**On Appeal from the 132nd District Court**
**Scurry County, Texas**
**Trial Court Cause No. 26723**

## O R D E R

Scurry County Appraisal District has recently filed in this court a Motion for Reconsideration of Mandate Awarding Incurred Costs. Kinder Morgan Production Company, LLC opposes the motion. After the motion and response were filed, this court reviewed the mandate that was issued by this court on November 7, 2022, and

we noticed that an inadvertent mistake had been made in our bill of costs. Accordingly, we grant in part the motion filed by Scurry County Appraisal District.

An appellate court may issue and recall its mandate even after the court's plenary power expires. TEX. R. APP. P. 19.3(b). We have determined that the mandate issued by this court on November 7, 2022, should be recalled based upon a mistake related to the cost of the trial court clerk's record. As reflected in the trial court clerk's bill of costs, the cost of preparing the clerk's record was $2,555.00, not $42,272.82 as shown in our November 7 mandate.

Accordingly, the mandate issued by this court on November 7, 2022, is recalled, and the mandate issued by this court on December 8, 2022, is substituted therefor.[1]

PER CURIAM

December 8, 2022

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.

---

[1]We note that this court's plenary power expired long ago; therefore, nothing in the instant order is to be read to modify the opinion or the judgment rendered by this court on December 30, 2021. *See* TEX. R. APP. P. 19.1, 19.2.